(May 26, 1952.)

BOOKBEN REALTY CORP., Appellant, v. 800 UNION STREET CORP. et al., Respondents, et al., Undertenants.— Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THEODORE HEOS, Appellant, et al., Plaintiffs, v. IRVING LADNER, Doing Business as HIGHWAY AUTO RENTING COMPANY, et al., Respondents, et al., Defendants.— *(Davidson v. Sterngass,* 279 App. Div. 875.) Application by the Sheriff, named as a defendant-respondent in the notices of appeal, to dismiss the appeals as to him, denied, without costs, in view of the fact that the order to show cause required service on him, and the orders appealed from required him to produce the defendant Ladner before the Official Referee. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *post,* p. 1095.]